RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
Office of the City Attorney
151 West Mission Street
San Jose, California 95110
Telephone: (408) 277-4454
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, APPEALS HEARING
BOARD OF THE CITY OF SAN JOSE

*E-FILED ON 6/14/05*

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| PLATO.C.LLC and UNITED REVENUE SERVICES, INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE, APPEALS HEARING BOARD OF THE CITY OF SAN JOSE, and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case Number: C-05-01682 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSIVE PLEADING** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the time for Defendants to file their responsive pleadings to the Complaint, on file herein, otherwise set for May 19, 2005, shall be extended up to and including June 20, 2005.

Dated: May 13, 2005

RICHARD DOYLE, City Attorney

By: /s/ George Rios
GEORGE RIOS
Assistant City Attorney

Attorneys for Defendants

1

| | | |
|---|---|---|
| 1 | Dated: 5/17/05 | ATKINSON-FARASYN, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MARC G. HYNES |
| 5 | | Attorneys for Plaintiffs |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendants are hereby granted an extension of time to file their responsive pleading to the Complaint, on file herein, up and to including June 20, 2005.

Dated:   **June 14, 2005**         /s/ Howard R. Lloyd
MAGISTRATE HOWARD R. LLOYD
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSIVE PLEADING
306499                                                                                          C-05-01682 HRL