**\*ORDER E-FILED 02/12/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLATO.C.LLC and UNITED REVENUE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, APPEALS HEARING BOARD OF THE CITY OF SAN JOSE, <br><br> Defendants. <br> _____ / | No. C05-01682 HRL <br><br> **ORDER RE PARTIES' STIPULATED REQUEST TO MODIFY SCHEDULING ORDER** |

On February 6, 2007, the parties filed a stipulation, jointly requesting that this court re-set case management deadlines and trial. Under this court's June 13, 2006 Case Management Order, fact discovery closed over a month ago, and the deadline for filing any dispositive motions lapsed on January 23, 2007. This court has the power to relieve a party of an expired time limit for performing an act upon a showing of excusable neglect. FED.R.CIV.P. 6(b). Here, however, it appears that the parties have not been diligent in pursuing the case within the timeframe established by the court. The parties should not assume they can casually ignore deadlines, presuming the court will accommodate their plea for more time.

Nevertheless, the papers presented indicate that both sides are ill-prepared to proceed with dispositive motions or trial under the current case schedule, and the parties apparently

1 agree that this action will be resolved on summary judgment.  Accordingly, the parties' request
2 is GRANTED AS FOLLOWS:
3     Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 1, 2007
4     Last Day for Hearing on Dispositive Motions . . . . . . . . . . . . . June 5, 2007, 10:00 a.m.
5     Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 10, 2007, 1:30 p.m.
6     Start of jury trial (estimated 3 days) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 16, 2007
7     This court is not inclined to grant any further continuances or extensions in this matter.
8     IT IS SO ORDERED.
9 Dated:    February 12, 2007
10                                        HOWARD R. LLOYD
                                       UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:05-cv-1682 Notice will be electronically mailed to:**

Clifford S. Greenberg cao.main@ci.sj.ca.us

Marc G. Hynes mhynes@netgate.net

George Rios george.rios@ci.sj.ca.us

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.