**United States District Court**
For the Northern District of California

**\*E-FILED: 6/26/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLATO.C.LLC and UNITED REVENUE SERVICES, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, APPEALS HEARING BOARD OF THE CITY OF SAN JOSE, <br><br>  Defendants. <br> _____/ | No. C05-01682 HRL <br><br> **ORDER DENYING PARTIES' STIPULATED REQUEST TO MODIFY SCHEDULING ORDER** |

On February 12, 2007, and despite a lack of good cause for the request, this court issued an order granting the parties' previous motion to extend case management deadlines (some of which had already lapsed) and to continue trial. In that order, the court advised that it was not inclined to grant any further continuances or extensions.

The parties again jointly request another continuance of the jury trial which is set to start on July 16, 2007. They also request that the deadline for hearing dispositive motions be re-set. No good cause appearing, the request is denied.

IT IS SO ORDERED.

Dated: June 26, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-1682 Notice will be electronically mailed to:**

Denise Bazzano cao.main@sanjoseca.gov, denise.bazzano@sanjoseca.gov, glenda.lucas@sanjoseca.gov

Clifford S. Greenberg cao.main@ci.sj.ca.us

Marc G. Hynes mhynes@netgate.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

2