**United States District Court**
For the Northern District of California

**\*E-FILED:  7.10.2007\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PLATO.C.LLC and UNITED REVENUE SERVICES, INC.,

      Plaintiffs,

  v.

CITY OF SAN JOSE, APPEALS HEARING BOARD OF THE CITY OF SAN JOSE,

      Defendants.

_____/

Case No. C05-01682 HRL

**ORDER OF DISMISSAL**

    The parties advise that they have entered a full settlement in the above-entitled action. Accordingly, the court vacates all scheduled appearances before it.

    IT IS HEREBY ORDERED that this action is dismissed with prejudice.  However, if any party certifies to this court, **no later than July 31, 2007**, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing ORDER SHALL STAND VACATED and this action shall be restored to the calendar and be set for trial.

Dated:   July 10, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**

For the Northern District of California

1   **5:05-cv-1682 Notice will be electronically mailed to:**

2   Denise Bazzano cao.main@sanjoseca.gov, denise.bazzano@sanjoseca.gov,

3   glenda.lucas@sanjoseca.gov

4   Clifford S. Greenberg cao.main@ci.sj.ca.us

5   Marc G. Hynes mhynes@netgate.net

6   **Counsel are responsible for distributing copies of this document to co-counsel who have
not registered for e-filing under the court's CM/ECF program.**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28