**\*E-FILED: 7.31.2007\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PLATO.C.LLC and UNITED REVENUE SERVICES, INC.,

    Plaintiffs,

v.

CITY OF SAN JOSE, APPEALS HEARING BOARD OF THE CITY OF SAN JOSE,

    Defendants.

Case No. C05-01682 HRL

**ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME**

The parties advise that they need additional time to finalize their settlement. Plaintiffs request that the July 31, 2007 deadline set in this court's July 10, 2007 conditional Order of Dismissal be extended to August 10, 2007. Defendants do not object. Upon consideration of the request,

IT IS ORDERED that plaintiff's request for an extension is GRANTED. If any party certifies to this court, **no later than August 10, 2007**, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the July 10, 2007 Order of Dismissal

1  SHALL STAND VACATED and this action shall be restored to the calendar and be set for
2  trial.

4  Dated:  July 31, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:05-cv-1682 Notice will be electronically mailed to:**

Denise Bazzano cao.main@sanjoseca.gov, denise.bazzano@sanjoseca.gov,

glenda.lucas@sanjoseca.gov

Clifford S. Greenberg cao.main@ci.sj.ca.us

Marc G. Hynes mhynes@netgate.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**